Sandy Eulitt
PO Box 83962
San Diego, CA 92138
P: 949/295-9152
thebubblyone@gmail.com



## US DISTRICT COURT

### SOUTHERN DIVISION

| | |
|---|---|
| SANDY A. EULITT, AND ALL TENANTS OF ALL RV PARKS IN SAN DIEGO SINCE 1968<br><br>PO BOX 83962<br><br>SAN DIEGO, CA 92138<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO, CA<br><br>C/O MARA ELLIOTT, CITY ATTORNEY<br><br>1200 THIRD AVENUE, SUITE 1100<br><br>SAN DIEGO, CA 92101<br><br>Defendant | Case No.: **'18CV2721 CAB NLS**<br><br>**COMPLAINT** |

1. RELATED CASES

    a. I have no other Civil Cases in this or any other federal court

2. STATEMENT OF CLAIM

    The City of San Diego, through the office of the City Attorney, continues to enforce San Diego Ordinance 2584. This ordinance requires the, predominantly, low-income, senior citizens, and disabled persons who comprise the tenancy of typical RV, or Special Occupancy Vehicle Parks, to uproot themselves every six months and move to a different location. The ordinance is enforced for the purpose of denying residency to one or more protected classes of citizens. The ordinance further violates tenants 8th Amendment rights against cruel and unusual punishment, as it forces relocation every six months for no reason other than to prevent establishment of residency. Ordinance 2584 discriminates against all persons who, for physical or financial reasons, must reside in a recreational vehicle. Ordinance 2584 further violates the Americans with Disabilities Act, as no RV park or the City of San Diego will grant reasonable accommodation via a change in

COMPLAINT - 1

rule or policy to a disabled person. Ordinance 2584 and its enforcement denies the benefits of residency and stable housing to all persons residing in RV parks under the jurisdiction of the City of San Diego, and is a particularly onerous requirement of the low-income, senior citizens, and disabled persons primarily affected by its enforcement. Ordinance 2584 creates a physical financial and emotional hardship for those living in RV parks.

3. RELIEF YOU REQUEST

Permanent injunction against the City of San Diego and all RV or Special Occupancy Vehicle Parks under its purview from enforcement or even mention of Ordinance 2584. All persons currently residing in RV parks may remain as long as they desire, provided they comply with rules detailed in California Civil Code Sections 799.20 – 799.79. These RV parks include, but are not limited to, Morena Mobile Village, Coastal Trailer Villa, Mission Bay RV Park, Campland by the Bay, Santa Fe RV Park, and Lake Jennings RV Park.

Further relief is sought as punitive damages against the City of San Diego to be paid to all plaintiffs in this case, which includes anyone who has been forced to relocate since the Fair Housing Act was enacted in 1968. Renumeration of $5 million is sought for the named plaintiff. And $25,000 to every other class member. Further relief is sought requiring Ordinance 2584 to be stricken from the City of San Diego ordinances and the City of San Diego be permanently enjoined from creating any new length of stay limitation rules, laws, ordinances, or policies affecting recreational vehicle parks. All tenants, residents, and prospective tenants and residents shall be given written notice that they may stay as long as desired, provided the stipulations in CCC 799.20 – 799.79 continue to be met.

4. DEMAND FOR JURY TRIAL

   a. Plaintiff does not request a Jury trial.

I declare under penalty of perjury that the foregoing is true and correct.

Sandy Eulitt, in pro se

COMPLAINT - 2