

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandy A. Eulitt And All Tenants of All RV Parks in San Diego Since 1968; PRO SE ALLOWED TO E-FILE<br><br>**Plaintiff,**<br><br>V.<br><br>City of San Diego c/o Mara Elliott, City Attorney, 1200 Third Avenue, Suite 1100, San Diego, CA 92101<br><br>**Defendant.** | Civil Action No. 18-cv-02721-AJB-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses Plaintiff's Third Amended Complaint without leave to amend. The case is closed.

Date:   7/29/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Mueller
J. Mueller, Deputy